UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHELLE RAINWATER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:19-CV-315 |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This Social Security matter is before the Court to consider the Report and Recommendation of United States Magistrate Judge Debra C. Poplin dated November 6, 2020, [Doc. 28]. In that Report and Recommendation, Magistrate Judge Poplin recommends that the Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2142, [Doc. 24], be granted, and that an order awarding $4,418.41 in attorney's fees and $24.00 in expenses under the Equal Access to Justice Act ("EAJA") 28 U.S.C. § 2142(d)(1), [Doc. 28]. Neither party has filed objections to the recommendation in the time allowed. *See* Fed. R. Civ. P. 72.

The facts in this case are fully set forth in the Report and Recommendation. [*See generally* Doc. 28]. After careful consideration of the record as a whole, including the parties' briefs and attached exhibits, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 28], that the Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, [Doc. 24], is **GRANTED**. Plaintiff's motion for attorney's fees pursuant to the EAJA in the amount of $4,418.41 and $24.00 in expenses is **GRANTED**.

So ordered.

ENTER:

                                                s/J. RONNIE GREER
                                      UNITED STATES DISTRICT JUDGE