UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MITCHELL ANTHONY RAINWATER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:19-CV-315 |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated July 14, 2023. [Doc. 33]. In that Report and Recommendation, the Magistrate Judge recommends that Plaintiff's Motion for Attorney's Fees Pursuant to Social Security Act § 206(b)(1) [Doc. 30] be granted and that Plaintiff's counsel be awarded $5,626.38 in attorney's fees. [*Id.* at 1, 8–9]. Neither party has filed objections to the recommendation in the time allowed. See Fed. R. Civ. P. 72.

After consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation [Doc. 33] is **ADOPTED** and **APPROVED**. Plaintiff's Motion for Attorney's Fees [Doc. 30] is **GRANTED**. Plaintiff's counsel shall be awarded $5,626.38 in attorney's fees and, upon receipt of those fees, Plaintiff's counsel shall remit to Plaintiff the attorney's fees and expenses previously received from the Commissioner pursuant to the EAJA in the amount of $4,442.21.

So ordered.

                                                         s/J. RONNIE GREER
                                         UNITED STATES DISTRICT JUDGE